## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CRAIG DAVALOS,                                              Civil Action No. 1:18-cv-611
    Plaintiff,

                                      Litkovitz, M.J.

    vs.


GREG MORGAN, et al.,                                              **ORDER**
    Defendants.


       Plaintiff Craig Davalos filed the pro se complaint in this action against defendants Greg

Morgan, John Borne, the Ohio Department of Motor Vehicles (DMV), and three John Doe

defendants on August 28, 2018.  (Doc. 1).  Plaintiff did not appear at telephonic status

conferences held on May 12, 2020 and July 2, 2020.  On July 2, 2020, the Court directed

plaintiff to show cause, in writing and within 15 days of the date of its Order, why the Court

should not dismiss the action against defendants for lack of prosecution.  (Doc. 51).  To date,

more than 15 days later, plaintiff has not filed a response to the Order to Show Cause.

       "Federal courts possess certain 'inherent powers . . . to manage their own affairs so as to

achieve the orderly and expeditious disposition of cases.'" *Goodyear Tire & Rubber Co. v.*

*Haeger*, __ U.S. __, 137 S.Ct. 1178, 1186 (2017) (quoting *Link v. Wabash R.R.*, 370 U.S. 626,

630-631 (1962)).  Plaintiff's failure to respond to the Order to Show Cause warrants exercise of

the Court's inherent power and dismissal of plaintiff's complaint against defendants pursuant to

Fed. R. Civ. P. 41(b) for failure to prosecute this matter.  *See Link*, 370 U.S. at 630–31; *Jourdan*

*v. Jabe*, 951 F.2d 108, 109–10 (6th Cir. 1991).

### IT IS THEREFORE ORDERED THAT:

       This case be **DISMISSED** with prejudice for want of prosecution pursuant to Fed. R.

Civ. P. 41(b).

Date:   7/22/2020

Karen L. Litkovitz
United States Magistrate Judge

2